The Foreman State Trust & Savings Bank, appellant, v. Frank S. Demeter, appellee. Gen. No. 34,413.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Harry Z. and Bernard Perel and Leesman, Roemer & Schnell, for appellant. Charles Waldman, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Douglas Lumber Company, appellant, v. I. Lazovsky and B. Kappel, appellees. Gen. No. 34,422.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Hyman Soboroff, for appellant. George H. Foster, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Fred Danziger, appellant, v. Albert Grosby, appellee. Gen. No. 34,431.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

David Lipman, for appellant; Samuel Latkin, of counsel. Samuel E. Davidson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Lawrence & Bernard Building Corporation, appellee, v. Diversey Store Fixture Company, appellant. Gen. No. 34,449.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Jacob Levy, for appellant; J. M. Gwin, of counsel. Harold S. Lansing, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.